STATE OF NEW JERSEY v. JOHNNIE WILSON.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROSEMARIE STANGO, *ET AL.*

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES GARRETT.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL SANTIAGO.

January 18, 1972. Petition for certification denied.

FRANK P. MARINO v. WILLIAM FEINHALS, *ET AL.*

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR POTEET.

January 18, 1972. Petition for certification granted.